IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE: §
§
RYAN A WILSON § CASE NO. 16-60266
§ CHAPTER 13
§
DEBTORS §

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

The motion of Debtors, respectfully represents:

1. A voluntary petition, under the provision of 11 U.S.C. §301, was filed herein on April 22, 2016.

2. Due to the following reason, Debtor is unable to file the Schedules, Statements and Chapter 13 Plan required by Bankruptcy Rule 1007 within the extended period:

> The Debtor is in the midst of a divorce. Due to the fact that Mr. Wilson does not access to much of his personal property, his attempts to acquire information, records and/or documents which are needed to properly complete the Schedules, Statements and Chapter 13 Plan have met with delay.

WHEREFORE, movants pray the Court for an order extending Debtor's time for filing the Schedules, Statements and Chapter 13 Plan until 5/20/2016.

DATED: May 4, 2016.

Respectfully Submitted,

WILLIAM H. LIVELY, JR., P. C.
432 S. Bonner Ave.
Tyler, Texas 75702
(903) 593-3001
(903) 595-3715 FAX


/s/ William H. Lively, Jr.
William H. Lively, Jr.
State Bar Card No. 00786066
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

      This is to hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Schedules, Statement of Financial Affairs and Chapter 13 Plan has been forwarded by United States' regular mail, postage prepaid, to the parties listed on the attached mailing list on May 4, 2016.

/s/ William H. Lively, Jr.
WILLIAM H. LIVELY, JR.

*SERVICE LIST OMITTED FROM*
*MAIL OUT COPIES TO SAVE*
*EXPENSE.  COPY OF SERVICE*
*LIST AVAILABLE UPON REQUEST*