#26

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____Tyler_____ DIVISION

IN RE:

Ryan A. Wilson

§ CASE NO.
§
§ 16-60266
§
§ CHAPTER 13
§
§

DEBTOR(S)

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN;

ON THIS DATE the Court considered the Confirmation of the Chapter 13 plan proposed by the Debtor(s) in the above referenced case. For the reasons as set forth herein below, the confirmation of the Chapter 13 plan should be denied.

**IT IS FURTHER ORDERED** that confirmation of the Chapter 13 plan proposed by the Debtor(s) is DENIED.

Signed on 10/27/2016

APPROVED AS TO FORM:

_____
Attorney for Debtor

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

REASONS FOR DENIAL:
✓ Final Denial
___ Conversion of Case to Chapter 7
✓ Case to be Dismissed
___ Other _____